```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MESSIAH ALI BEY,                      :
                                      :
              Plaintiff,              :    05 Civ. 7910 (JSR)
                                      :
         -v-                          :    ORDER
                                      :
IBEW LOCAL UNION #3, et al.,          :
                                      :
              Defendants.             :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On April 26, 2006, the Honorable Michael H. Dolinger, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that plaintiff's motion for default judgment be denied. Subsequently, on May 3, 2006, plaintiff submitted objections to the Report. Accordingly, the Court has reviewed plaintiff's motion and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Dolinger's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court denies plaintiff's motion for default judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 30, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-06